UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

GARY SWANSON, )
)
       Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 7:14-CV-144-FL
)
STATE OF NORTH CAROLINA, )
)
       Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 20, 2015, and for the reasons set forth more specifically therein, that DISMISSED pursuant to 28 U.S.C. § 1915A. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on May 20, 2015, and Copies To:**
Gary Swanson (210420) (via U.S. Mail)
New Hanover County Jail
3950 Juvenile Center Rd.
Castle Haynes, NC 28429


May 20, 2015                    JULIE RICHARDS JOHNSTON, CLERK
                                    /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk